1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12  **SERGIO DE LA CRUZ,**                          Case No. C 13-01442 YGR (PR)

                                   Petitioner,    **ORDER**

13

14                      **v.**

15  **P. D. BRAZELTON, Warden,**

16                                   Respondent.

17

18          GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until

19  February 21, 2014 to file an answer to, or responsive motion regarding, the petition for writ of

20  habeas corpus.  Petitioner may file and serve a traverse, if any, within sixty (60) days of his

21  receipt of the answer.  He may file and serve an opposition or statement of non-opposition within

22  sixty (60) days of his receipt of a motion to dismiss, if any, and respondent may file with the

23  Court and serve on petitioner a reply within fourteen (14) days of the date any opposition is filed.

24          IT IS SO ORDERED.

25  

26  January 3, 2014                    _____

                                   The Honorable Yvonne Gonzalez Rogers

27

28